

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00313-CR

| | | |
|---|---|---|
| JASON EUGENE ARNOLD, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1424463D) |
| V. | § | September 28, 2023 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker